UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| MARION EVON SOLOMON | ) | Cause No. |
|  | ) |  |
|  | ) |  |
| Plaintiffs | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| PALISADES COLLECTION LLC. | ) |  |
|  | ) |  |
| Defendant | ) |  |
|  | ) |  |

## COMPLAINT SEEKING DAMAGES FOR WILLFUL VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT, AND DEMAND FOR JURY TRIAL

### INTRODUCTION

1) This is an action for statutory damages, actual damages, legal fees, and expenses for the improper and illegal actions and conduct of Palisades Collections LLC, whose actions and conduct are in direct violation of the Fair Debt Collection Practices Act pursuant to 15 U.S.C. § 1692, et. Seq.

### JURISDICTION AND VENUE

1) Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1331 and 28 U.S.C. § 1337.

2) Venue in this District is proper under 28 U.S.C. § 1391(b) in that the conduct complained of occurred here.

### PARTIES

2) The Plaintiff, Marian Evon Solomon, is a natural people presently residing in the town of

Indianapolis, Marion County, Indiana.

3) The Defendant, Palisades Collections, (herinafter "Palisades") is headquarted at 210 Sylvan Avenue, Englewood Cliffs, NJ 07632 and is engaged in business in this jurisdiction.

<u>FACTS</u>

4) The Plaintiff disputes that she owes money to Palisades or the original creditor for whom they are collecting.

5) Palisades is a debt collection agency and is attempting to collect a debt from the Plaintiff.

6) Palisades filed a civil lawsuit in the Marion County, Indiana, Wayne Township Small Claims Court on June 13, 2006 under cause number 49K08-0605-SC-004401.

7) Plaintiff did not receive notification of the complaint when filed.

8) At all times germane to the actions that form the basis of this case, the Plaintiff resided in Lawrence Township, Marion County, Indiana and never resided in Wayne Township, Marion County, Indiana.

9) On August 8, 2006, Palisades obtained a default judgment against the Plaintiff in the Wayne Township Small Claims Court action.

10) The Plaintiff, upon learning of the default judgement, believing the judgment and collection actions of Palisades were proper, made periodic payments to Wayne Township Small Claims Court totaling $101.00

11) On November 2, 2017 Palisades, by counsel, filed a motion asking to set a proceeding supplemental in order to initiate a wage garnishment or pursue alternate collection efforts against the Plaintiff for the current judgment amount of $1,152.17

## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

12) Debtor incorporates herein rhetorical paragraphs 1-11 of her Complaint as if fully set forth below.

13) The Defendant is a "debt collector" as defined by 15 U.S.C. § 1692(a)(6).

14) The Defendant attempted to collect an alleged "debt" as defined by 15 U.S.C. §1692(a)(5).

15) The Defendant's attempts to collect a debt are in violation of 15 U.S.C. § 1692(i) as Palisades improperly filed their complaint in the Wayne Township Small Claims Court which had no jurisdiction to hear the matter.  Suesz v. Med-1 Solutions, LLC 757 F.3d 636 (7th Cir. 2014).

16) Palisades' failure to file their complaint in the proper venue, and their continued use of the improper venue has prejudiced the Plaintiff and constitutes venue shopping for collection actions in contradiction of 15 U.S.C. § 1692(i).

17) Palisades' attempts to collect on this debt are also violate 15 U.S.C. § 1692(f) as they have used unfair or unreasonable means to collect or attempt to collect the debt, as they continue to attempt to enforce and unlawfully obtained judgment.

18) Because of their violation of 15 U.S.C. §§ 1692(e)(2)(A) and 1692(f), Palisades is liable for statutory damages, attorney fees, and costs.

WHEREFORE, Plaintiffs, by counsel, requests a judgment against the Defendant, Palisades Collections LLC for statutory damages, attorney fees, and costs and all other just and proper relief.

By: /s/ Richard J. Shea Jr.
Sawin & Shea LLC
Attorneys for Debtor(s)
6100 N KEYSTONE AVE STE 620
INDIANAPOLIS IN  46220-2430
ecf@sawinlaw.com